UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GALINDO OROSCOS, Jr., | No.  2:15-cv-1319-EFB P (TEMP) |
| Petitioner, | |
| v. | ORDER |
| W. KNIPP, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

The court is required to screen all actions brought by prisoners who seek any form of relief, including habeas relief, from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a habeas petition or portion thereof if the prisoner raises claims that are legally "frivolous or malicious" or fail to state a basis on which habeas relief may be granted. 28 U.S.C. § 1915A(b)(1),(2). This means the court must dismiss a habeas petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief[.]" Rule 4, Rules Governing Section 2254 Cases.

1    Petitioner initially filed this petition with the United States Court of Appeals for the Ninth
2 Circuit on April 27, 2015.  On the very same day, petitioner filed a virtually identical petition and
3 exhibits in this court.  *See* Civil Action No. 2:15-cv-0902 MCE KJN P (TEMP).  The Ninth
4 Circuit transferred the petition it received to this court on June 19, 2015. The transfer, while
5 wholly appropriate, rendered this action duplicative of the action already pending in Case No.
6 2:15-cv-0902.

7    Federal courts have discretion to dismiss petitions that are duplicative of an already-filed
8 action. *See Slack v. McDaniel*, 529 U.S. 473, 478 (2000).  Furthermore, there is no reason here to
9 construe the second-filed petition's virtually identical allegations and arguments as an amended
10 petition, as allowed in *Woods v. Carey*, 525 F.3d 886, 888-90 (9th Cir. 2008).  Instead, the
11 interests of judicial economy necessitate dismissing this action without prejudice, as duplicative
12 of the pending litigation in Civil Action No. 2:15-cv-0902 MCE KJN P (TEMP).

13    Accordingly, IT IS HEREBY ORDERED that:

14    1.  This action is dismissed without prejudice, as duplicative of the pending litigation in
15 Civil Action No. 2:15-cv-0902 MCE KJN P (TEMP).

16    2.  The court declines to issue a certificate of appealability as provided in 28 U.S.C.
17 § 2253.

18    3.  The Clerk is directed to close the case.

19 DATED: May 11, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2